```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF MISSOURI
                          EASTERN DIVISION


BRUCE JOHNSON,                  )
                                )
          Plaintiff,            )
                                )
     vs.                        )      No. 4:06-CV-1805 (CEJ)
                                )
MIDCOAST AVIATION,              )
                                )
          Defendant.            )
```

## JUDGMENT

In accordance with the Memorandum and Order entered this date,

**IT IS HEREBY ORDERED, ADJUDGED and DECREED** that judgment is entered in favor of defendant Midcoast Aviation and against plaintiff Bruce Johnson. Plaintiff shall bear the costs.

                                    _____
                                    CAROL E. JACKSON
                                    UNITED STATES DISTRICT JUDGE

Dated this 6th day of August, 2008.